# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-4069

———————

Teresa L. Lowry,                             *
                                             *
               Appellant,                    *    Appeal from the United States
                                             *    District Court for the Eastern
       v.                                    *    District of Arkansas.
                                             *
Jo Anne B. Barnhart, Commissioner,           *         [UNPUBLISHED]
Social Security Administration,              *
                                             *
               Appellee.                     *

———————

Submitted:   September 30, 2003

Filed:   October 6, 2003

———————

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

       Teresa L. Lowry appeals the district court's[*] order affirming the Social Security Commissioner's decision to deny Lowry's applications for disability insurance benefits and supplemental security income. Having reviewed the record, we conclude the decision of the Commissioner that Lowry is not disabled for Social Security

———————

[*]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

purposes is supported by substantial evidence on the record as a whole. This case presents no novel issues to justify an extended discussion. Accordingly, we affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

_____